IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

CARL LEE CURRY                                                                                          PLAINTIFF

V.                                        NO: 4:11CV00729 BRW

RANDY MORGAN *et al.*                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 25th day of October, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE